# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS
### J. JOSEPH MOAKLEY UNITED STATES COURTHOUSE
### 1 COURTHOUSE WAY - SUITE 6130
### BOSTON, MASSACHUSETTS 02210-3002

CHAMBERS OF
EDWARD F. HARRINGTON
SENIOR DISTRICT JUDGE

RECEIVED
2007 MAY 14 A 10: 49
FINANCIAL DISCLOSURE OFFICE

May 9, 2007

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

      Re: Calendar Year 2006 Filing

Dear Judge Smith:

      This is in response to your letter, dated May 2, 2007, regarding my calendar year 2006 filing.

      With respect to Part VII, page 5, lines 20, 22, 27 and 28, my financial disclosure report for the calendar year 2006 should be amended as follows:

      The term "None" should be inserted in Column B(2) with respect to lines 20, 22, 27 and 28. Said lines should remain blank in Column B(1).

      With respect to Part VII, page 5, lines 24-29, Column D(3), my financial disclosure report should be amended as follows:

      The letter "L" should be inserted on line 24 Column D(3) and the letter "K" should be inserted on lines 25-29 Column D(3).

Very truly yours,

EDWARD F. HARRINGTON
United States Senior District Judge

EFH/jmc

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HARRINGTON, EDWARD F | 2. Court or Organization<br><br>U.S. District Court, D. of MA | 3. Date of Report<br><br>4/19/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. District Court<br>1 Courthouse Way, Suite 6130<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |  |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 25 A 9: 23 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HARRINGTON, EDWARD F | 4/19/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

|X| NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

|X| NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

|X| NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HARRINGTON, EDWARD F | 4/19/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HARRINGTON, EDWARD F | 4/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chevron - Common Stock | A | Dividend | J | T | | | | | |
| 2. C.G.M. Capital Development Mutual Funds | D | Dividend | L | T | | | | | |
| 3. Life Insurance - Aetna Life | | None | J | T | | | | | |
| 4. Life Insurance - Occidental Life | | None | J | T | | | | | |
| 5. Fidelity Puritan | B | Dividend | L | T | | | | | |
| 6. Savings Bank Life Ins. Co. of Massachusetts | A | Interest | J | T | | | | | |
| 7. Sovereign Bank of New England | A | Interest | K | T | | | | | |
| 8. Vanguard Index Trust 500 | B | Dividend | L | T | | | | | |
| 9. Vanguard Prime Money Market Fund | C | Dividend | L | T | | | | | |
| 10. Vanguard GNMA Fund | C | Dividend | L | T | | | | | |
| 11. Vanguard Growth and Income Fund | A | Dividend | L | T | | | | | |
| 12. Vanguard Mass. Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 13. Middlesex Savings Bank | B | Interest | K | T | | | | | |
| 14. A. G. Edwards & Sons (cash and money fund) | D | Dividend | M | T | | | | | |
| 15. A. G. Edwards & Sons (equities): | | | | | | | | | |
| 16. (A) Allstate Corp. | B | Dividend | L | T | | | | | |
| 17. (B) Colgate-Palmolive Company | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HARRINGTON, EDWARD F | 4/19/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   (C) Energy East Corporation | B | Dividend | K | T | | | | | |
| 19.   (D) Medtronic Inc. | A | Dividend | K | T | | | | | |
| 20.   (E) Pride International Inc. | | | | | Sold | 5-16 | K | D | |
| 21.   (F) Sovereign Bancorp Inc. | A | Dividend | K | T | | | | | |
| 22.   (G) Gulfmark Offshore, Inc. | | | | | Buy | 7-13 | | | |
| 23.   (H) Gulfmark Offshore, Inc. | | | | | Sold | 8-23 | J | B | |
| 24.   (I) Globalsantafe | A | Dividend | L | T | Buy | 1-9 | | | |
| 25.   (J) C.V.S. | A | Dividend | K | T | Buy | 4-6 | | | |
| 26.   (K) C.V.S. | A | Dividend | K | T | Buy | 9-11 | | | |
| 27.   (L) Dawson Geophysical | | | K | T | Buy | 1-20 | | | |
| 28.   (M) First Mercury Financial | | | K | T | Buy | 12-27 | | | |
| 29.   (N) Rayonier, Inc. | A | Dividend | K | T | Buy | 11-28 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HARRINGTON, EDWARD F | 4/19/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _April 19, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544